IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:96CR46
                               )
       v.                      )
                               )
LEON DELMAR MILTON,            )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on the defendant's notice of appeal (Filing No. 563) and motion for leave to proceed on appeal in forma pauperis (Filing No. 564). The Court finds the notice of appeal is timely filed and the defendant should be permitted to proceed on appeal. Accordingly,

IT IS ORDERED that the motion is granted; defendant is permitted to proceed on appeal without prepayment of costs.

DATED this 14th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court