# UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America<br>v.<br>LEON MILTON | Case No: 8:96CR46<br>USM No: 14795-047 |
| Date of Original Judgment: 12/29/1997<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | David R. Stickman<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 360 months **is reduced to** 360 months does not change.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/29/1997 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/09/2016                            /s/ Lyle E. Strom
                                                  *Judge's signature*

Effective Date: 11/01/2015                        LYLE E. STROM, Senior Judge
*(if different from order date)*                  *Printed name and title*