IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:96CR46 |
| | ) | |
| v. | ) | |
| | ) | |
| LEON DELMAR MILTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's "motion to compel the clerk of the court for a copy of all (Filing No. 594), which the Court denied said motion on 03-09-2016, and, notice of appeal rights restored as to denied motion under rule 4(b)" (Filing No. 595). Defendant claims he did not receive a copy of the order (Filing No. 594) denying his motion (Filing No. 589) and his amended motion (Filing No. 591) for reduction of sentence. Accordingly,

IT IS ORDERED:

1) The clerk of court shall furnish defendant with a copy of Filing No. 594 in its entirety.

2) Defendant's motion (Filing No. 595) is deemed to be a timely notice of appeal. The clerk of court shall forward said

notice of appeal to the United States Court of Appeals without prepayment of costs.

DATED this 10th day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court